STATE v. JOE C. HINES
and
STATE v. DORA McPHAUL.

(Filed 19 May, 1954.)

APPEAL by defendants from *Clifton L. Moore, J.,* and a jury, at January-February Criminal Term, 1954, of ROBESON.

Criminal prosecutions commenced by two warrants issued out of the Robeson County Recorder's Court, St. Paul's District, charging each defendant with possession of nontax-paid whiskey for the purpose of sale. From convictions and judgments in the Recorder's Court, the defendants appealed to the Superior Court, where, after consolidation of the cases for the purpose of trial, they were tried *de novo* upon the warrants.

The jury returned a verdict of guilty as charged as to each defendant, and from the judgments pronounced, both of them appealed to this Court.

*Attorney-General McMullan and Assistant Attorney-General Love for the State.*

*F. D. Hackett and Robert Weinstein for defendants, appellants.*

PER CURIAM. This case involves no new question requiring extended discussion. A careful examination of the record leaves us with the impression it is free of prejudicial error. See *S. v. Rainey,* 236 N.C. 738, 741, 74 S.E. 2d 39, 41; *S. v. Honeycutt,* 237 N.C. 595, 599, 75 S.E. 2d 525, 527. The verdict and judgments will be upheld.

No error.